JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDRO/MAJE INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-03382-SB-MAR<br><br><br><br>Hon. Judge Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: May 18, 2022<br>Trial Date:  None Set |

1	IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Portia
2	Mason and Defendant Sandro/Maje, Inc.'s joint request that this Court enter a
3	dismissal of the entire case, including all claims and causes of action, without
4	prejudice, is GRANTED in full.  Each party shall bear her or its own fees and costs.
5	IT IS SO ORDERED.

7	Dated: August 3, 2022            _____
	                                              Hon. Stanley Blumenfeld, Jr.
8	                                              U.S. District Court Judge